FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS  '05 AUG -3 PM 3: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

HATTIE ISEN,
RENA CHILDRESS, and
BEVERLEY TAYLOR,

    Plaintiffs,

v.                                                            NO. 02-2736 Bre

BOARD OF EDUCATION OF THE
MEMPHIS CITY SCHOOLS,

    Defendant,

## ORDER OF DISMISSAL WITH PREJUDICE

Upon Stipulation of Dismissal submitted by the parties, pursuant to FRCP 41(a), it is hereby,

ORDERED, that the complaint filed by the Plaintiff in this matter is dismissed with prejudice.

_____
Hon. J. Daniel Breen
United States District Court Judge

August 3, 2004
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-4-05

1



APPROVED FOR ENTRY:

Stokes Bartholomew Evans & Petree, P.A.

_____
Michael R. Marshall,         # 15225
1000 Ridgeway Loop Road, Suite 200
Memphis, TN  38120
901-525-6781
Attorneys for the Memphis City Schools

GLANKLER BROWN, PLLC

_____
Ms. Venita Martin  # 17469
One Commerce Square, Suite 1700
Memphis, Tennessee  38103
Attorneys for Hattie Isen
901-525-1322

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:02-CV-02736 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Hattie Isen
1920 Downing Street
Memphis, TN 38117

Roblin J. Webb
STOKES BARTHOLOMEW EVANS & PETREE
1000 Ridgeway Loop Rd.
Ste 200
Memphis, TN 38120

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT