UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -9 AM 6:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| HATTIE ISEN,<br>RENA CHILDRESS, and<br>BEVERLY TAYLOR,<br><br>      Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE<br>MEMPHIS CITY SCHOOLS,<br><br>      Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br>CASE NO: 2:02-2736-B |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on August 4, 2005, this cause is hereby dismissed with prejudice.


APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/8/05
Date

THOMAS M. GOULD
_____
Clerk of Court

Earline Drayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-9-05

(76)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:02-CV-02736 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Hattie Isen
1920 Downing Street
Memphis, TN 38117

Roblin J. Webb
STOKES BARTHOLOMEW EVANS & PETREE
1000 Ridgeway Loop Rd.
Ste 200
Memphis, TN 38120

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT